UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLY K. COPELAND, MICHAEL C. HOUCHIN, MARC ANCELET, TIM SIMPSON, RON TURK, and BRUCE WILHELM,<br>　　　Plaintiffs,<br><br>　vs.<br><br>PENSKE LOGISTICS LLC, PENSKE LOGISTICS, INC., and CHAUFFEURS TEAMSTERS, WAREHOUSEMEN, AND HELPERS LOCAL UNION NUMBER 135,<br>　　　Defendants. | 1:09-cv-1287-RLY-DML |

## FINAL JUDGMENT

The court, having this day granted the Defendants' motions for summary judgment, now enters final judgment in their favor, and against the Plaintiffs herein, Beverly K. Copeland, Michael C. Houchin, Marc Ancelet, Tim Simpson, Ron Turk, and Bruce Wilhelm.

**SO ORDERED** this 18th day of March 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Electronic Copies to:

Carolyn Ann Clay
BINGHAM MCHALE LLP
cclay@binghammchale.com

Duane R. Denton
BINGHAM MCHALE LLP
rdenton@binghammchale.com

Terry A. White
OLSEN WHITE HAMBIDGE LLP
taw@thelawteam.net